11

AO 455(Rev. 5/85) Waiver of Indictment

**_UNITED STATES DISTRICT COURT_**

**_SOUTHERN DISTRICT OF CALIFORNIA_**

FILED
AUG 1 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

UNITED STATES OF AMERICA

v.

CESAR ABRAHAM TORRES-ADAME

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR2745-W

I, CESAR ABRAHAM TORRES-ADAME, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 8/14/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

[signature: Cesar A. Torres Adame]
Defendant

[signature: Bridget Kennedy]
Counsel for Defendant

Before [signature]
Judicial Officer